[No. 39845-8-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
JAMES MARABILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07292-0, Larry A. Jordan, J., entered
November 26, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39949-7-I.    Division One.    July 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO
D. CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-05680-6, Michael S. Spearman, J., entered
December 4, 1996. *Dismissed* by unpublished per curiam
opinion.

[Nos. 14751-7-III; 14760-6-III.    Division Three.    July 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MISAEL
GUTIERREZ BUSTOS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Ben-
ton County, Nos. 94-1-00569-7, 94-1-00568-9, Duane E.
Taber, J., entered March 10, 1995. *Affirmed* by unpub-
lished opinion per Kurtz, J., concurred in by Sweeney,
C.J., and Thompson, J.

[No. 15024-1-III.    Division Three.    July 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
KRISTOPHER WALLACE MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for Whit-
man County, No. 94-1-00065-3, James M. Murphy, J.,
entered July 11, 1995. *Reversed* by unpublished opinion
per Kurtz, J., concurred in by Sweeney, C.J., and Thomp-
son, J.